UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| AUDREY KINDSTRAND | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:24-CV-78-FL |
| MARTIN O'MALLEY, Commissioner of | ) | |
| Social Security, | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' stipulation and consent motion for attorney fees as to payment of attorney fees and costs.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 12, 2024, it is ordered that defendant pay to plaintiff $2,430.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412, plus reimbursement of $405.00 in costs for the filing fees from the Treasury Judgment Fund.

**This Judgment Filed and Entered on July 12, 2024, and Copies To:**
Paul T. McChesney (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)

July 12, 2024                              PETER A. MOORE, JR., CLERK

                                           /s/ Sandra K. Collins
                                          (By) Sandra K. Collins, Deputy Clerk